1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 OAKLAND DIVISION
11

| | |
|---|---|
| 12 Clifford Stanley BOLDEN, | Case No. C 9-2365 PJH |
| 13             Petitioner, | DEATH-PENALTY CASE |
| 14             v. | INITIAL SCHEDULING ORDER |
| 15 Michael MARTEL, Acting Warden of San Quentin State Prison,[1] | |
| 16             Respondent. | |

On August 1, 2011, the Court appointed counsel for Petitioner in this capital habeas action. (Doc. No. 15.) Counsel for Respondent subsequently entered their appearances. (Docs. Nos. 16–18.). Good cause appearing therefor, the Court enters this Initial Scheduling Order.

Within forty-five days from the date of this Order, the parties shall meet and confer to prepare, and shall file, a joint case-management statement and proposed order. In the statement, the parties shall discuss their preliminary views of anticipated proceedings in the present action. The statement shall include a proposed schedule for briefing any renewed motion for equitable tolling of the statute of limitations, and proposed schedules for briefing any other motions that

---

[1] Michael Martel is automatically substituted for his predecessor as the named Respondent. *See* Fed. R. Civ. P. 25(d).

Case No. 4-9-cv-2365-PJH
INITIAL SCHEDULING ORDER
(DPSAGOK)

must be addressed prior to the filing of a finalized petition[2] in the event that equitable tolling is granted; unless otherwise ordered, such motions will be decided on the papers.

Within forty-five days from the date of this Order, Respondent shall lodge with the Court two electronic copies (compact discs) of the material enumerated in Habeas Local Rule 2254-27(a). One copy shall be sent to chambers in Oakland; the other copy shall be sent to the Court's Death Penalty Staff Attorney assigned to this action, George O. Kolombatovich, in San Francisco. Respondent shall not lodge any paper copies.

**IT IS SO ORDERED.**

DATED: September 14, 2011

                                         PHYLLIS J. HAMILTON
                                         United States District Judge

---

[2] In capital habeas actions, "[t]he term 'finalized petition' shall refer to the petition filed by retained or appointed counsel. . . ." Habeas L.R. 2254-28(a). Petitioner already has filed a Pro Se Protective Petition. (Doc. No. 8.)

2

Case No. 4-9-cv-2365-PJH
INITIAL SCHEDULING ORDER
(DPSAGOK)