SEAN K. KENNEDY (No. 145632)
Sean_Kennedy@fd.org
Federal Public Defender
PATRICIA A. YOUNG (No. 235819)
Patricia_Young@fd.org
JONATHAN C. AMINOFF (No. 259290)
Jonathan_Aminoff@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0310

Attorneys for Petitioner
CLIFFORD STANLEY BOLDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD STANLEY BOLDEN,<br><br>   Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Warden of California State Prison at San Quentin,<br><br>   Respondent. | No. CV 09-2365 PJH<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] SCHEDULING ORDER FOR PETITIONER'S MOTION FOR EQUITABLE TOLLING** |

IT IS HEREBY ORDERED that the following briefing schedule for Petitioner's Motion for Equitable Tolling is adopted:

- Petitioner's motion will be filed on or before October 28, 2011;
- Respondent's opposition will be filed on or before November 28, 2011; and
- Petitioner's reply will be filed on or before December 13, 2011.

DATED: October 17, 2011

HONORABLE PHYLLIS J. HAMILTON
United States District Judge



Presented by:

*/s/ Patricia A. Young*
PATRICIA A. YOUNG
Deputy Federal Public Defender

1